UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| AARON T., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-04046-SLD-JEH |
| | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner, ECF No. 8. Plaintiff Aaron T. alleges that he applied for "Social Security Disability Benefits" and that his application was denied by an Administrative Law Judge ("ALJ") on June 26, 2023. Compl. ¶¶ 6–7, ECF No. 1. He alleges that he appealed the ALJ's denial to the Appeals Council ("AC"), which denied review of the ALJ's decision on January 22, 2024. *Id.* ¶ 8. On March 11, 2024, he filed a complaint in this Court, alleging that he was—and continues to be—disabled and unable to work, such that he is entitled to benefits and the ALJ's decision was "not supported by substantial evidence and/or is contrary to law and regulation." *Id.* ¶¶ 9–11. In lieu of filing an answer, Defendant Commissioner of Social Security ("the Commissioner") filed the certified administrative record for Aaron's benefits application. *See generally* Certified Administrative Record ("CAR"), ECF No. 5; Not. CAR Filing, ECF No. 4.

The parties now "jointly stipulate that the . . . decision denying Plaintiff's application for benefits should be reversed and that this matter should be remanded to the Commissioner." Joint Stipulation 1. They request that the Court enter an order which reverses the Commissioner's final decision and remands this case to the Commissioner pursuant to sentence four of 42 U.S.C.

1

§ 405(g).  *Id.*  Sentence four of section 405(g) authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing."  The parties assert that once such an order is entered, the AC "will remand the matter to an ALJ for further proceedings who will grant Plaintiff a new hearing, evaluate the opinion evidence, assess Plaintiff's residual functional capacity based on the evidence, and determine whether he could perform his past relevant work or that existed in the national economy," and that the ALJ will then "issue a new decision."  Joint Stipulation 1.  The parties also request that the Court enter a judgment in this case.  *Id.*

The Court finds that the remand request is appropriate.  The Court, construing the Joint Stipulation to Remand to the Commissioner, ECF No. 8, as a motion to remand, GRANTS the motion and adopts the remand instructions proposed by the parties.  Accordingly, the Commissioner's decision in this matter is REVERSED and the cause is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk is directed to enter judgment and close the case.

Entered this 16th day of May, 2024.

s/ Sara Darrow<br>
SARA DARROW<br>
CHIEF UNITED STATES DISTRICT JUDGE